UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ALEXANDER WILLIAMS, JR.
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0637
FAX (301) 344-0672

October 18, 2011

MEMO TO THE PARTIES:  STEVIE BURTON
v.
UNITED STATES OF AMERICA
(AW-11-314)
AW-04-0559

Dear Parties:

Before the Court is a request by defendant/Petitioner for an extension of the time to submit and file his reasons why the Court should reconsider its Memorandum Opinion issued in September 30, 2011. The Court GRANTS (Paper#619-1)Petitioner/Defendant's request and enlarges the time from October 26, 2011 to and including November 7, 2011 to file his submission as requested. The Government has until November 28, 2011 to respond to Petitioner/Defendant's submission, and the Defendant/Petitioner has until December 19, 2011 to file any reply thereto.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

_____/s/_____
Alexander Williams, Jr.
United States District Judge